**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:12-CV-119-RJC-DCK**

| | | |
|---|---|---|
| **INTHA PHONSAVATH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC. AND EQUIFAX, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) concerning Mareasa M. Fortunato, filed April 18, 2012. Ms. Fortunato seeks to appear as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Ms. Fortunato is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Experian Information Solutions, Inc.

Signed: April 19, 2012

David C. Keesler
United States Magistrate Judge