IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-119-RJC-DCK

| | |
|---|---|
| INTHA PHONSAVATH, ) ) Plaintiff, ) ) v. ) ) EXPERIAN INFORMATION ) SOLUTIONS, INC. AND EQUIFAX, INC., ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) concerning Mareasa M. Fortunato, filed April 18, 2012. Ms. Fortunato seeks to appear as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Ms. Fortunato is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Experian Information Solutions, Inc.

Signed: April 19, 2012

David C. Keesler
United States Magistrate Judge