IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-119-RJC-DCK

| | | |
|---|---|---|
| INTHA PHONSAVATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC. AND EQUIFAX, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) concerning Robert John Lamb, filed April 26, 2012. Mr. Lamb seeks to appear as counsel *pro hac vice* for Plaintiff Intha Phonsavath.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Lamb is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Intha Phonsavath.

Signed: April 26, 2012

David C. Keesler
United States Magistrate Judge