# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-119-RJC-DCK

| | |
|---|---|
| INTHA PHONSAVATH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, INC. AND EQUIFAX, INC., ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) concerning Kendall W. Carter, filed June 4, 2012. Mr. Carter seeks to appear as counsel *pro hac vice* for Defendant Equifax Information Services, LLC.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Carter is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Equifax Information Services, LLC.

Signed: June 5, 2012

David C. Keesler
United States Magistrate Judge