IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-119-RJC-DCK

| | |
|---|---|
| INTHA PHONSAVATH, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 26) filed by David Guidry concerning J. Anthony Love on November 2, 2012. Mr. Love seeks to appear as counsel *pro hac vice* for Defendant Equifax Information Services, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 26) is **GRANTED**

Signed: November 2, 2012

David C. Keesler
United States Magistrate Judge